### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS & ST. JOHN

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | CASE # 3:13-cr-22 |
| | : | |
| vs. | : | |
| | : | |
| ROBERTO TAPIA, | : | |
| ANGELO HILL, | : | |
| STEPHEN TORRES, | : | |
| EDDIE LOPEZ LOPEZ, | : | |
| RAYMOND BROWN, | : | |
| EDWIN MONSANTO, and | : | |
| HECTOR ALCENIO, | : | |
| Defendants. | : | |
| _____ | : | |

### SUPPLMENT TO REPLY RE:
### MOTION FOR DISCLOSURE OF CONFIDENTIAL INFORMANTS

**COMES NOW** Defendant, STEPHEN TORRES, by and through his undersigned counsel, files the instant supplement to his reply (Doc. # 174) to the Government's response in opposition (Doc. # 168) to the Defendant's motion for disclosure of confidential informants (Doc. # 114). In reply thereto the Defendant submits the following.

The Government states: "By the very assertions of the CIs that Defendant relies upon, they are mere tipsters." Doc. # 168 at p. 3.

The undersigned has just reviewed the documentary discovery provided by the Government. The discovery includes an Affidavit of FBI Special Agent Fernandez, dated September 21, 2012, that belies the Government's assertion that the CI is a "mere tipster." The full Affidavit is found attached to a Pen Register Trap & Trace Application in case no. misc. 2012-09.

**WHEREFORE**, the Defendant respectfully prays that the Court grant his motion and issue an order compelling the Government to disclose the identities of and provide access to all confidential informants / witnesses in this case.

Respectfully Submitted,                                                                  Dated August 5, 2013

By: _____
Joseph A. DiRuzzo, III
USVI Bar #1114
FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 Brickell Bay Drive, 32nd Floor
Miami, Florida 33131
305.350.5690 (O)
305.371.8989 (F)
jdiruzzo@fuerstlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on ECF on August 5, 2013, and a NEF will be delivery upon the following:

Kelly B. Lake
Kim Lindquist
United State Attorney's Office
Federal Building & U.S. Courthouse
5500 Veterans Drive
Suite 260
St Thomas, VI 00802
Email: Kelly.Lake2@usdoj.gov

Daniel Louis Cevallos
Cevallos & Wong, LLP
1420 Walnut Suite 1012
Philadelphia, PA 19102
Email: danny@cevalloswong.com

Gabriel J. Villegas
Edson A Bostic
Federal Public Defender
1019 Beltjen Place Suite 1
P.O. Box 1327
St. Thomas, VI 00822-3450
Email: gabriel_villegas@fd.org

Robert L. King
Birch, Dejongh & Hindels
1330 Estate Taarnberg
St. Thomas, VI 00802
Email: rlking@attyking.com

Treston E Moore
MOORE DODSON & RUSSELL, P.C.
P.O. Box 310, E.G.S. (14A Norre Gade)
St. Thomas, VI 00804-0310
EMAIL: tresmoore@aol.com

Arturo R. Watlington, Jr.
Law Offices of Arturo Watlington
#3 Store Gronne Gade
P.O. Box 261
St. Thomas, VI 00804
arwatlington@yahoo.com

Nizar A. DeWood
The Dewood Law Firm
2006 Eastern Suburb, Suite 101
Christiansted, VI 00820
dewoodlaw@me.com


By: _____
Joseph A. DiRuzzo, III
USVI Bar #1114
FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 Brickell Bay Drive, 32nd Floor
Miami, Florida 33131
305.350.5690 (O)
305.371.8989 (F)
jdiruzzo@fuerstlaw.com