IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | CASE # 3:13-cr-22 |
| | : | |
| vs. | : | |
| | : | |
| ROBERTO TAPIA, | : | |
| ANGELO HILL, | : | |
| STEPHEN TORRES, | : | |
| EDDIE LOPEZ LOPEZ, | : | |
| RAYMOND BROWN, | : | |
| EDWIN MONSANTO, and | : | |
| HECTOR ALCENIO, | : | |
| Defendants. | : | |
| _____ | : | |

**NOTICE OF RENEWAL OF MOTIONS**

**COMES NOW** Defendant, **STEPHEN TORRES**, by and through his undersigned counsel, hereby provides notice to the Court and the Parties that the Defendant is renewing the below listed motions that may have been obviated with the filing of the Second Superseding Indictment (Doc. # 283).

1. Motion for Ministerial Grand Jury documents (Doc. # 37).

2. Motion to Transfer (Doc. # 42).

3. Motion to Quash (Doc. # 73).

4. Motion to Disclose Confidential Informants (Doc. # 114).

5. Motion to Dismiss (Doc. # 117).

6. Amended Motion to Declare Case Complex (Doc. # 175).

7. Amended Motion to Server (Doc. # 178).

8. Motion to File Ex Parte and Under Seal (Doc. # 180).

9. Motion to Expand and/or Supplement the Record and Motion to Unseal (Doc. # 181).

10. Motion to Suppress Cell Site Location Information (Doc. # 185).

11. Second & Supplemental Motion to Expand and/or Supplement the Record and Motion to Unseal (Doc. # 191).

12. Motion to Suppress – Title III Wiretaps (Doc. # 252).

13. Third & Supplemental Motion to Expand and/or Supplement the Record and Motion to Unseal (Doc. # 254).

14. Motion to Exclude Purported Expert Testimony and Request for *Daubert* hearing (Doc. # 255).

15. Appeal of Magistrate Order (Doc. # 265).

16. Motion to Exclude Purported Expert Testimony and Request for *Daubert* hearing (Doc. # 272).

Respectfully Submitted,                                                                                       Dated October 9, 2013

By: _____
Joseph A. DiRuzzo, III
USVI Bar #1114
FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 Brickell Bay Drive, 32nd Floor
Miami, Florida 33131
305.350.5690 (O)
305.371.8989 (F)
jdiruzzo@fuerstlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was filed on ECF on October 9, 2013, and a NEF will be delivery upon the following:

Kelly B. Lake
Kim Lindquist
United State Attorney's Office
Federal Building & U.S. Courthouse
5500 Veterans Drive
Suite 260
St Thomas, VI 00802
Email: Kelly.Lake2@usdoj.gov

Judith Bourne
The Bourne Law Office, PLLC
P. O. Box 6458
St. Thomas, VI 00804
jbourne@islands.vi

Gabriel J. Villegas
Edson A Bostic
Federal Public Defender
1019 Beltjen Place Suite 1
P.O. Box 1327
St. Thomas, VI 00822-3450
Email: gabriel_villegas@fd.org

Robert L. King
Birch, Dejongh & Hindels
1330 Estate Taarnberg
St. Thomas, VI 00802
Email: rlking@attyking.com

Treston E Moore
MOORE DODSON & RUSSELL, P.C.
P.O. Box 310, E.G.S. (14A Norre Gade)
St. Thomas, VI 00804-0310
EMAIL: tresmoore@aol.com

Arturo R. Watlington, Jr.
Law Offices of Arturo Watlington
#3 Store Gronne Gade
P.O. Box 261
St. Thomas, VI 00804
arwatlington@yahoo.com

Nizar A. DeWood
The Dewood Law Firm
2006 Eastern Suburb, Suite 101
Christiansted, VI 00820
dewoodlaw@me.com


By: _____
Joseph A. DiRuzzo, III
USVI Bar #1114
FUERST ITTLEMAN DAVID & JOSEPH, PL
1001 Brickell Bay Drive, 32nd Floor
Miami, Florida 33131
305.350.5690 (O)
305.371.8989 (F)
jdiruzzo@fuerstlaw.com